IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|   |   |
|---|---|
| BERNIE MIMS,<br><br>      Plaintiff<br><br>      vs.<br><br>UNITED STATES MARSHAL, Warden JOHN, DOE, SERGEANT JACKIE McCALL, OFFICER LEDBETTER, OFFICER WEER,<br><br>      Defendants | Civil Action No. 06-843<br><br>Judge Donetta W. Ambrose/<br>Magistrate Judge Lisa<br>Pupo Lenihan |

## MEMORANDUM ORDER

The above-captioned prisoner civil rights action was transferred from the Middle District of Pennsylvania. The Middle District Court did so because the complaint referenced the "Mercer County Correction Center." The Middle District Court understood this to be a reference to the Mercer County Prison located in Mercer, Pennsylvania and so transferred the case to this court because the Mercer County Prison is located within the Western Pennsylvania Judicial District. This court has reason to believe that the reference is actually to the Mercer County Correction Center located in Mercer County, New Jersey. See United States v. Mims, No. 3:04-cr-627 (D.N.J. Doc. Nos. 8 & 11)(Doc. 8 is the superceding indictment and Doc. 11 is plea agreement for Plaintiff, both of which indicated that the location of the crime for which he was arrested and to which he ultimately pleaded guilty was in Mercer County, New Jersey).

Given this, the court will attach a form to this order and require Plaintiff to fill out the form indicating where the actions recounted in the complaint took place.  He will be required to return the form to the Clerk's Office at the following address:

>       Clerk's Office
>       United States District Court
>       P.O. Box. 1805
>       Pittsburgh, PA 15230

   Accordingly, the following order is entered.

   **AND NOW**, this 27th day of June, 2006;

   **IT IS HEREBY ORDERED** that Plaintiff fill out the attached form and return it to the Clerk's office by July 20, 2006.  Failure to do so will result in the entrance of an order dismissing the case with prejudice for failure to comply with a court order and/or for failure to prosecute.


                                    /s/Lisa Pupo Lenihan
                                    Lisa Pupo Lenihan
                                    United States Magistrate Judge


cc:   Donetta W. Ambrose
      CHIEF UNITED STATES DISTRCT JUDGE

      Bernie Mims
      Inmate Number 60141-050
      FCI ALLENWOOD LOW
      FEDERAL CORRECTIONAL INSTITUTION
      P.O. BOX 1000
      WHITE DEER, PA  17887

**NOTICE TO THE COURT**

```
BERNIE MIMS,                           )
                                       )
            Plaintiff                  )
                                       )
       vs.                             )
                                       )
UNITED STATES MARSHAL, Warden JOHN,)    Civil Action No. 06-843
DOE, SERGEANT JACKIE McCALL,           )
OFFICER LEDBETTER, OFFICER WEER,       )
                                       )    Judge Donetta W. Ambrose/
            Defendants                 )    Magistrate Judge Lisa
                                       )    Pupo Lenihan
                                       )
                                       )
```

   I, Bernie Mims, Plaintiff in the above captioned prisoner civil rights suit hereby indicate that the actions complained of in the complaint took place in: [choose only one]


   _____   the Mercer County Correction Center located in
            Mercer County, New Jersey.


   _____   the Mercer County Prison, located in Mercer County
             Pennsylvania.


   _____   Somewhere else.  Please indicate at which facility
             and where the facility is located.

             _____

                _____.