IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BERNIE MIMS, | ) | |
| | ) | Civil Action No. 06 - 843 |
| Plaintiff, | ) | |
| | ) | Chief Judge Donetta W. Ambrose / |
| v. | ) | Magistrate Judge Lisa Pupo Lenihan |
| | ) | |
| UNITED STATES MARSHAL; WARDEN | ) | |
| JOHN DOE; SERGEANT JACK MCCALL; | ) | |
| OFFICER LEDBETTER; and OFFICER | ) | |
| WEER, | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM ORDER

The above captioned case was received by the Clerk of Court on June 26, 2006, and was referred to United States Magistrate Judge Lisa Pupo Lenihan for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Magistrate Judge's Report and Recommendation (Doc. No. 10), filed on July 12, 2006, recommended that the case be transferred to the United States District Court for the District of New Jersey. Service was made on the Plaintiff at F.C.I. Allenwood Low, Federal Corrections Institution, P.O. Box 1000, White Deer, PA 17887. The Plaintiff was informed that in accordance with Magistrates Act, 28 U.S.C. § 636(b)(1)(B) and (C), and Rule 72.1.4(B) of the Local Rules for Magistrates, he had ten (10) days to file any objections. No objections have been filed. After review of the pleadings and the documents in the case, together with the report and recommendation, the following order is entered:

AND NOW, this _13th_ day of _Sept._, 2006;

**IT IS HEREBY ORDERED** that his case is **TRANSFERRED** to the  United States

District Court for the District of New Jersey.

**IT IS FURTHER ORDERED** that the Clerk of Court mark this case closed.

**IT IS FURTHER ORDERED** that the Report and Recommendation (Doc. No. 10)

of Magistrate Judge Lenihan, dated July 12, 2006, is adopted as the opinion of the court.

Chief Judge Donetta W. Ambrose
United States District Judge

cc:          Lisa Pupo Lenihan
U.S. Magistrate Judge


BERNIE MIMS
60141-050
LSCI - Allenwood
P.O. Box 1000
White Deer, PA 17887

2